NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC,**

*Plaintiff-Appellant*

**v.**

**CADENCE DESIGN SYSTEMS, INC.,**

*Defendant-Appellee*

—————————

2024-2026

—————————

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-01001-RFL, Judge Rita F. Lin.

—————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC V. CADENCE
DESIGN SYSTEMS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 19, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 19, 2024